Alex Asil Mashiri, Esq. (SBN 283798)
Alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
DIEGO CASANOVA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO CASANOVA ) | Case No. 5:17-cv-00890-JGB-SP |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **NOTICE OF SETTLEMENT** |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff DIEGO CASANOVA ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS INC. have reached a settlement. The parties anticipate filing a joint motion dismissing the entire case with prejudice within 60 days. Because the parties have reached a settlement in this case, Plaintiff respectfully requests that all pleadings and filing requirements applicable to this case be vacated.

Respectfully submitted,

DATED: June 29, 2017               **MASHIRI LAW FIRM**
                                   A Professional Corporation
                                   By: /s/ Alex Asil Mashiri
                                   Alex Asil Mashiri
                                   Attorney for Plaintiff, Diego Casanova

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2017, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: June 29, 2017

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff, Diego Casanova